In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00037-CR**
_____

**IN RE GARY HOLLAND**

**Original Proceeding**
**County Court at Law No. 5 of Montgomery County, Texas**
**Trial Cause Nos. 25-397809 and 25-397810**

**MEMORANDUM OPINION**

Gary Holland (Holland) filed a petition for a writ of mandamus or a writ of prohibition, and he also filed a supplement to his petition. Holland claims the presiding judge in his criminal cases "continues to act in the matter" after the judge has been "recused by law." He asks this Court to compel the trial court to immediately halt all proceedings in Trial Court Case Numbers 25-397809 and 25-397810 and dismiss both cases.

To obtain mandamus relief in a criminal case, the relator must show that he has no adequate remedy at law and what he seeks to compel is ministerial, involving no discretion. *In re State ex rel. Best*, 616 S.W.3d 594, 599 (Tex. Crim. App. 2021)

1

(orig. proceeding). We have reviewed the original and supplemented petition seeking a writ of mandamus or a writ of prohibition, and we conclude Holland has failed to show that he is entitled to the relief he seeks. Accordingly, we deny relator's petition. *See id.* 52.8(a); Tex. Gov't Code Ann. § 22.221.

PETITION DENIED.

PER CURIAM

Submitted on February 10, 2026
Opinion Delivered February 11, 2026
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2